# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | Richardson, Tammie | § | Case No. 09 B 03602 |
|---|---|---|---|
| | | § | |
| | Debtor | § | |
| | | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/04/2009.

2) The plan was confirmed on 04/09/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/21/2010.

5) The case was converted on 01/04/2010.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $4,250.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,131.96 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$4,131.96** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,314.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $284.67 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,598.67** |
| Attorney fees paid and disclosed by debtor | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Affiliated Financial Corporation | Secured | $20,000.00 | $12,669.09 | $12,669.09 | $516.05 | $0 |
| Great American Finance Company | Secured | NA | $1,208.42 | $1,208.00 | $17.24 | $0 |
| New Age Chicago Furniture Co | Secured | $0 | NA | NA | $0 | $0 |
| New Age Chicago Furniture Co | Secured | $0 | $524.62 | $524.62 | $0 | $0 |
| Active Collection Services | Unsecured | $83.00 | NA | NA | $0 | $0 |
| Affiliated Financial Corporation | Unsecured | NA | $1,554.52 | $1,554.52 | $0 | $0 |
| AFNI | Unsecured | $346.00 | NA | NA | $0 | $0 |
| AIS Services | Unsecured | $935.00 | $935.00 | $935.00 | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $698.00 | $731.49 | $731.49 | $0 | $0 |
| America's Financial Choice Inc | Unsecured | $169.00 | $247.16 | $247.16 | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $3,243.00 | NA | NA | $0 | $0 |
| Annie Sez | Unsecured | $288.00 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $159.00 | NA | NA | $0 | $0 |
| Blatt Hasenmiller Leibsker & Moore | Unsecured | $1,501.00 | NA | NA | $0 | $0 |
| Cash Today | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $202.00 | NA | NA | $0 | $0 |
| Chase | Unsecured | $65.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chicago Post Office Employees CU | Unsecured | $10,000.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $1,000.00 | $881.22 | $881.22 | $0 | $0 |
| Collection Company Of America | Unsecured | $364.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,019.00 | $890.74 | $890.74 | $0 | $0 |
| Computer Credit Service Corp | Unsecured | $1,039.00 | NA | NA | $0 | $0 |
| Consumer Portfolio Services | Unsecured | $6,044.00 | $6,094.10 | $6,094.10 | $0 | $0 |
| Credit Management Service | Unsecured | $433.00 | NA | NA | $0 | $0 |
| ER Solutions | Unsecured | $1,182.00 | NA | NA | $0 | $0 |
| First Cash Advance | Unsecured | $776.00 | NA | NA | $0 | $0 |
| First National Collection Bureau | Unsecured | $280.00 | NA | NA | $0 | $0 |
| First Premier | Unsecured | $466.00 | NA | NA | $0 | $0 |
| Global Cash Access | Unsecured | $800.00 | NA | NA | $0 | $0 |
| Global Recovery Services | Unsecured | $927.00 | NA | NA | $0 | $0 |
| Great American Finance Company | Unsecured | $0.42 | NA | NA | $0 | $0 |
| Great American Finance Company | Unsecured | $0.42 | $0.42 | $0.42 | $0 | $0 |
| Horizon Bank | Unsecured | $100.00 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $759.00 | NA | NA | $0 | $0 |
| I C Systems Inc | Unsecured | $187.00 | NA | NA | $0 | $0 |
| Illinois Student Assistance Commission | Unsecured | $1,304.00 | $4,244.02 | $4,244.02 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $107.40 | $107.40 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $19.00 | $291.75 | $291.75 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $270.00 | $652.72 | $652.72 | $0 | $0 |
| MCM | Unsecured | $1,891.00 | NA | NA | $0 | $0 |
| Monterey County Bank | Unsecured | $2.00 | NA | NA | $0 | $0 |
| MRS Associates, Inc | Unsecured | $1,002.00 | NA | NA | $0 | $0 |
| Nationwide Credit & Collection | Unsecured | $60.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $2,364.00 | NA | NA | $0 | $0 |
| Peoples Energy Corp | Unsecured | $1,032.00 | $592.01 | $592.01 | $0 | $0 |
| Premier Bankcard | Unsecured | $400.00 | $455.65 | $455.65 | $0 | $0 |
| Resurgence Financial LLC | Unsecured | $282.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $657.00 | $282.94 | $282.94 | $0 | $0 |
| Resurgent Capital Services | Unsecured | $200.00 | $1,185.51 | $1,185.51 | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | $73.00 | $80.79 | $80.79 | $0 | $0 |
| Rush Copley Medical Center | Unsecured | $91.00 | NA | NA | $0 | $0 |
| RWDS660-DSB | Unsecured | $652.00 | NA | NA | $0 | $0 |
| Sallie Mae | Unsecured | $1,672.00 | NA | NA | $0 | $0 |
| Sherman Acquisition | Unsecured | $282.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sterling & King | Unsecured | $380.00 | NA | NA | $0 | $0 |
| US Cellular | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Vesta | Unsecured | $475.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $12,669.09 | $516.05 | $0 |
| All Other Secured | $1,732.62 | $17.24 | $0 |
| **TOTAL SECURED:** | $14,401.71 | $533.29 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $19,227.44 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,598.67 |
| Disbursements to Creditors | $533.29 |
| **TOTAL DISBURSEMENTS:** | $4,131.96 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: January 5, 2010          By: /s/ MARILYN O. MARSHALL
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.